# EXHIBIT A

EXHIBIT A

```
┌─────────────────────────────┐
│        RECEIVED             │
│                             │
│        DEC 2 2 2017         │
│                             │
│   DANIEL T. SATTERBERG      │
│   PROSECUTING ATTORNEY      │
│      CIVIL DIVISION         │
└─────────────────────────────┘
```

RECEIVED

2017 DEC 22  AM 9: 58

CLERK
KING COUNTY COUNCIL

IN THE SUPERIOR COURT FOR KING COUNTY
STATE OF WASHINGTON

| | |
|---|---|
| NATASHA SARDEN,<br><br>                              Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, AND<br>JOHN DOE, A KING COUNTY CORRECTIONS<br>OFFICER<br><br>                              Defendants, | NO.<br><br>COMPLAINT FOR DAMAGES |

NATASHA SARDEN, Plaintiff, sets forth her complaint for damages against these Defendants in the manner as follows:

## I.      PARTIES

I.1.    Plaintiff Natasha Sarden is over the age of 18 years. She resides in King County, Washington.

I.2.    King County has the capacity to be sued in the same manner as a private person. King County is responsible for the acts and omissions of the employees and agents of the King County Adult Detention Center in Seattle, Washington. It is sued as an independent entity and under principles of vicarious liability.

I.3.    John Doe was at relevant times an employee of King County and the King County Adult Detention Center, known also as the King County Jail.

COMPLAINT FOR DAMAGES - 1 -

LAW OFFICE OF
CHARLES S. HAMILTON III
7016 35TH AVE. NE
SEATTLE, WA 98115
TEL: (206)623-6619   FAX: (844)479-6593

## II.   JURISDICTION AND VENUE

II.1    The Court has jurisdiction of the subject matter and parties herein.

II.2.    Venue of this action lies properly in King County, the site of the alleged wrongful acts and omissions in this case.

## III.   FACTS GIVING RISE TO LIABILITY

III.1.    During a period of time running from October 2015 to March 2016, Plaintiff was an inmate at the King County Jail. During that period, she was repeatedly subjected to sexual and intimate contact with a King County Corrections Officer, John Doe, whose name will be supplemented at the appropriate time.

III.2.    The acts and omissions of Defendants constituted the torts of sexual harassment and assault.

III.3.    The acts and omissions of King County in the form, among others, of failure to oversee and supervise its corrections officers so as to prevent those officers from becoming involved in sexual activity, sexual harassment, and assault upon inmates, as well as breach of the jailor's duty to keep the inmate Plaintiff in health and safety, constituted the tort of negligence.

III.4.    The acts of the Defendants constituted a violation of Washington's Law Against Discrimination, Chapter 49.60 RCW, in the form of sexual harassment based on gender.

III.5.    The unlawful actions of John Doe who performed those acts under color of state law,  constituted violation of 42 USC Section 1983, the Federal Civil Rights Act, in the

COMPLAINT FOR DAMAGES - 2 -

form of sexual harassment and assault and use of excessive force, in violation of Plaintiff's 4th and 14th Amendment rights.

III.6.  The unlawful acts and omissions described above were a proximate result of the customs and practices of the King County Jail relating to supervision of  corrections officers' relationships with inmates, and enforcement of policies relating to sexual harassment of inmates.

III.7.   As a proximate result of the wrongful acts and omissions of these Defendants, Plaintiff has suffered bodily injury, emotional distress, pain and suffering, and loss of enjoyment of life, in a monetary amount which will be established at time of trial.

## IV.   WAIVER OF PHYSICIAN-PATIENT PRIVILEGE

Plaintiff hereby notes her intent to waive the physician-patient privilege insofar as waiver is required by the terms of RCW 5.60.060 (4) (b).  That waiver shall extend no farther than is required by that statute.  The waiver shall take effect on the 89th day following the filing of this lawsuit.

## V.    PRAYER FOR RELIEF

WHEREFORE, having fully set forth her claims for relief against these Defendants, Plaintiff respectfully prays for the following relief:

V.1.  That Plaintiff be awarded a money judgment against Defendants in an amount which fully compensates her for her injuries and damages sustained herein.

V.2.   That the Court award Plaintiff all taxable costs, including reasonable and statutory attorney fees incurred in this matter, including reasonable fees supported by 42 USC Section 1988, and RCW 49.60.030.

COMPLAINT FOR DAMAGES - 3 -

LAW OFFICE OF
CHARLES S. HAMILTON III
7016 35TH AVE. NE
SEATTLE, WA 98115
TEL: (206)623-6619  FAX: (844)479-6593

1    V.3.    That the Court accord Plaintiff such other relief as it finds to be fair and

2    equitable in the circumstances of the case.

3

4    DATED this _15th_ day of _December_, 2017.

5

6

7    Charles S. Hamilton, III WSBA # 5648
     Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES - 4 -

LAW OFFICE OF
CHARLES S. HAMILTON III
7016 35TH AVE. NE
SEATTLE, WA 98115
TEL: (206)623-6619   FAX: (844)479-6593